UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY MERCER, an individual,

                 Plaintiff,

     -against-

SEE SEA MOTEL, LLC, a North Carolina limited liability company,

                Defendant.

**ORDER**

20 Civ. 9955 (PGG) (JLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on November 25, 2020. (Cmplt. (Dkt. No. 1))  On December 1, 2020, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision. (Dkt. No. 5)  To date, no answer has been filed and no appearance has been entered for Defendant See Sea Motel, LLC.

        On January 14, 2021, the Clerk of Court issued a certificate of default as to See Sea Motel, LLC.  (Dkt. No. 9)

        Accordingly, Plaintiff will move for a default judgment by **March 2, 2021** in accordance with Rule VIII of this Court's individual rules of practice, which are available on the Court's website.  If Plaintiff does not move for a default judgment by **March 2, 2021**, this case **will be dismissed for failure to prosecute.**

Dated: New York, New York
       February 16, 2021

                                      SO ORDERED.

                                      */s/ Paul G. Gardephe*
                                      Paul G. Gardephe
                                      United States District Judge