UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY MERCER, an individual,

                     Plaintiff,

      -against-                              **ORDER**

SEE SEA MOTEL, LLC, a North Carolina      20 Civ. 9955 (PGG) (JLC)
limited liability company,

                     Defendant.

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on November 25, 2020. (Cmplt. (Dkt. No. 1)) On December 1, 2020, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision. (Dkt. No. 5) On January 14, 2021, the Clerk of Court issued a certificate of default as to See Sea Motel, LLC. (Dkt. No. 9)

        On February 16, 2021, this Court directed Plaintiff to move for a default judgment by March 2, 2021. (Dkt. No. 11) On February 24, 2021, Defendant filed a "Consent Motion to Vacate Certificate of Default and for Extension of Time to Answer," requesting that the Court vacate the Clerk's certificate of default and extend Defendant's time to answer to March 24, 2021. (See Dkt. No. 12)

        Given that Plaintiff consents to the relief Defendant seeks, the Clerk's certificate of default (Dkt. No. 9) is vacated. This Court's February 16, 2021 order (Dkt. No. 11) directing Plaintiff to move for a default judgment is likewise vacated. Defendant's time to answer or otherwise move with respect to the Complaint is extended to March 24, 2021.

Dated: New York, New York                SO ORDERED.
       February 25, 2021

                                                         _____
                                                           Paul G. Gardephe
                                                          United States District Judge